# **Exhibit 1**

## Schedule A

| No. | Platform | Defendant Name / Alias | Seller ID | Listing URL |
|---|---|---|---|---|
| 1 | Amazon | sporfull | A2JVPP97SUKDM3 | www.amazon.com/dp/B0FCCZCM4C |
| 2 | Amazon | GTzhongyimaoyi | A3303GE0RGJ5DU | www.amazon.com/dp/B0DZHCWP4C |
| 3 | Amazon | GuangZhouYun WeiKeJiYouXian GongSi | AV8FTCGRPW7T9 | www.amazon.com/dp/B0D9KCQNN1 |