# United States of America
## United States Patent and Trademark Office

# MST101

**Reg. No. 7,604,949**

**Registered Dec. 17, 2024**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Bavne LLC  (Wyoming LIMITED LIABILITY COMPANY)
30 N Gould St Ste N
Sheridan, WYOMING 82801

CLASS 9: Circuit testers

FIRST USE 1-10-2017; IN COMMERCE 1-10-2017

The mark consists of stylized wording "MST101".

The wording MST101 has no meaning in a foreign language.

SER. NO. 98-160,150, FILED 08-31-2023





Acting Director of the United States Patent and Trademark Office

