| Defendant No. | 1 |
| --- | --- |
| Defendant Name/Alias | sporfull |
| Screen Capture Time | 2025/6/25 13:39 |
| Link | https://www.amazon.com/Professional-Ignition-Electronic-Detectors-5-98inch/dp/ B0FCCZCM4C/ref=sr_1_9? crid=Q538AU5HX0HG&dib=eyJ2IjoiMSJ9.ebjQYiuRvhgeYzGoMExl- Fbu3fEKiQYh46_uSMMaSoDlz4p7vjL9BfCxnkWKuPPCz-V-gRNvA- VZR9UkW01Oy5gBUce8hs- Gt4cVDNDu5qdh6Q-5H_xk4xpco-0u06eBOte2qf7q5OcPHy5fdJ9Y3Tb_ags_Y8Zfy4m2Y 4wpaFBVb8nXal6ML4F-X6MUL4BC-LHqqKla9PkQQZX- Lg3A7rNiUMR_tEsQK1nIRPhO9wtRyXzbP1cBty9CZPRSIzHHQwnaggI2ymGsqP580T OC5pS40H7FQrXS0d- KzS3ri7E.91acoWCYzkY6jpWTJlUHdJAdfe8wmHUiAY06BUIGCbQ&dib_tag=se&key words=Spark+Tester+Pen&qid=1750829463&sprefix=spark+tester+pen%2Caps% 2C1612&sr=8-9 |

Case 1:26-cv-03268 Document #: 1-4 Filed: 03/25/26 Page 2 of 22 PageID #

☰ All   Amazon Haul   Medical Care ▾   Saks   Best Sellers   Amazon Basics   New Releases   Registry   Groceries ▾   Today's Deals    **Prime Day is July 8-11**

Industrial & Scientific    Janitorial & Facilities    Safety Supplies    Medical Supplies    Food Service    Diagnostic Equipment    Material Handling    Educational Supplies

Now on Amazon   Cider Summer Shop    CIDER   Shop now

Automotive › Tools & Equipment › Diagnostic, Test & Measurement Tools › Ignition Testers



Click to see full view

## Professional Ignition Coil Tester Electronic Faults Detectors Car Tool Spark Tester Pen Circuit Tester 5.98inch

Brand: sporful

$23³⁹

Sign in to redeem. **Up to 10% off** with code NXC345DN if you qualify   Shop items ›

Apply now and get a $80 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

- 【Advanced Technology】: Utilizes advanced German technology for non-contact circuit analysis, displaying results via LED lights and buzzer for easy fault detection in car electronic components.
- 【Wide Range】: Capable of testing coils, generators, internal fan motors, combination valves, fuel injectors, spark plugs, Hall sensors, and relays for comprehensive automotive diagnostics.
- 【Dual Sensitivity】: Features different wire sensitivities on both sides of the detector for versatile testing options, ensuring accurate results when the probe is secured to the coil.
- 【Mode Switch】: Equipped with a mode switch for normal testing (Level II) and magnetic field testing (Level III), powered by 2 x AAA batteries (not included) for convenience.
- 【 Material】: Constructed from high-quality plastic for durability and longevity, making it a reliable tool for professional and DIY automotive diagnostics.

💬 Report an issue with this product or seller

$23³⁹

FREE delivery **July 7 - 17**. Details

⊙ Deliver to Dave - Chicago 60639

**In Stock**

Quantity: 1 ▾

[ Add to Cart ]

[ Buy Now ]

Ships from   sporfull
Sold by    sporfull
Returns    30-day refund/replacement
Payment   Secure transaction

[ Add to List ]

## Product details

**Item model number ：** MNSPORFUL-S260423207855

**Date First Available ：** June 8, 2025

**Manufacturer ：** sporful

**ASIN ：** B0FCCZCM4C

**Country of Origin ：** China

## Product Description

Discover the ultimate solution for automotive diagnostics with our Ignition Coil Tester. This tool is designed for professionals and DIY enthusiasts alike, offering a seamless way to diagnose and troubleshoot car electronic components without direct contact. Its advanced technology and wide range make it an indispensable tool for anyone looking to maintain their vehicle's optimal performance.

**Description:**

- The device uses advanced German technology, no need to for Touch the circuit, the can collect and analyze the , the diagnose results can be displayed by LED lights and buzz. It is easy to check if the car's electronic components are faulty.

- Automotive oil tester range: Coils (conventional coils, double spark coils, Dingle spark coils), generators, internal fan motors, combination valves (heating, water cooling) emission control valves, fuel injectors, spark plug, Hall sensors, relays.

Automotive Oil Tester Description: Place the probe on the electronic component for testing. If it works normally, there will be a corresponding voice and LED flashing to show the park.

- Different wire can be tested on top of the detectors with different sensitivities on both sides. Secure the probe to the coil for accurate results.

- There is a mode switch on the probe. Level II for normal testing and Levels Iii for magnetic field testing. Powered by 2 x AAA battery (not included).

**Specification:**

- Material: Plastic

Size Chart:

2025/6/25 13:39          Amazon.com: Professional Ignition Coil Tester Electronic Faults Detector for Car -4 of Spark Tester/ 2-5/ Circuit Tester 5.98inch

Case 1:26-cv-03268 Document # 1-4 Filed: 03/25/26 Page 3 of 22 PageID #

**Package includes:**

1 Ignition Coil Tester

**Note:**

Please allow slightly errors due to manual measurement and different monitors.

## What's in the box

- 1 Ignition Coil Tester

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

## Customer reviews

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

**No customer reviews**



Sponsored ⓘ

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | |
| | | Reload Your Balance | |

أمازون     Delivering to Dave Chicago 60639     All ▾     [          ]  prim     🇮🇳 EN     Hello, sign in Account & Lists     Returns & Orders     🛒 0

Amazon Science

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub
Partner

› See More Ways to Make
Money

Amazon Currency Converter

Recalls and Product
Safety Alerts

Registry & Gift List

Help



| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | |
| | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✓✗

© 1996-2025, Amazon.com, Inc. or its affiliates

Place your order - Amazon Checkout

amazon

## Secure checkout ⌄

Congratulations Robert, you are eligible for 30 days of Prime for $0!

Try Prime free

**Place your order**

By placing your order, you agree to Amazon's **privacy notice** and **conditions of use**.

| | |
|---|---|
| Items: | $23.39 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $1.40 |
| **Order total:** | **$24.79** |

### Delivering to Robert Epperson

333 S STATE ST STE 200, CHICAGO, IL 60604-3946, United States

Add delivery instructions

Change

### Paying with Visa 7115

Use a gift card, voucher, or promo code

Change

**Try Prime Free**



Robert, we're giving you Prime free for 30 days.

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime free for 30 days

Cancel anytime.

### Arriving Jul 7, 2025 – Jul 17, 2025

⦿ **Monday, Jul 7 - Thursday, Jul 17**
FREE Delivery



Professional Ignition Coil Tester Electronic Faults Detectors Car Tool Spark Tester Pen Circuit Tester 5.98inch
**$23.39**
Ships from sporfull
Sold by **sporfull**

 1 +

Gift options not available



**Order total: $24.79**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Back to top



Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

amazon | Deliver to Chicago 60605 | All ▾ Search Amazon | 🇺🇸 EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 0 Cart

≡ All   Early Spring Deals   Amazon Haul   Medical Care ▾   Amazon Basics   Best Sellers   Books   Gift Cards ▾   Prime ▾   Groceries   Sell   New Releases   Registry   Smart Home   Music   Fashion   Amazon Home   Automotive   Toys & Games   Sports & Outdoors   Baby   Home Improvement   Shop By Interest   Pharmacy   Kindle Books   Beauty & Personal Care



**About Seller**

sporfull is committed to providing each customer with the highest standard of customer service.

**Have a question for sporfull?**

Ask a question

**Reviews**

★★★★☆ 3.8 out of 5
10 ratings

12 months ▾

5 star ████████ 60%
4 star █ 10%
3 star 0%
2 star █ 10%
1 star ██ 20%

Learn more about how seller reviews work on Amazon ▾

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars ▾

10 total ratings, 10 with feedback for 12 months ⓘ

★★★★☆   "Never order these again they took way too long to get"
By Leonard G on March 23, 2026.

★☆☆☆☆   ~~"Do not do business with this seller. You will never receive your item"~~
By Henry Taylor on March 16, 2026.
**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

★★★★★   "Great"
By fijlf on March 11, 2026.

★★★★★   "Great price to keep the snowblower in service! Thank you"
By Mark H on March 6, 2026.

★★★★★   "Arrived promptly and in good condition."
By Joanne Filkins on February 23, 2026.

Previous Next

**Return & Refund Policies**

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

**sporfull**

Visit the sporfull storefront

★★★★☆ | 70% positive in the last 12 months (10 ratings)

Creative Cute Strawberry Beret H...
$17⁹⁸

Add to cart

🛡 Protected by A-to-z Guarantee ⓘ

See full details

**Detailed Seller Information**

Business Name: fuguxianyongzhushangmaoyouxiangongsi
Business Address:
  府谷县府谷镇
  文一社小区18层18C1室
  榆林市
  陕西
  719400
  CN

**Shipping Policies** ▾

**Other Policies** ▾

**Help** ▾

**Products**

See all products currently offered by the seller.

Leave seller feedback

**Customers who viewed items in your browsing history also viewed**

Amazon.com Seller Profile: sportull










KHGUZ Car Ignition Coil Tester, MST-101 Auto Spark Electronic Fault Detector with LED Light Indicator, Ignition…
★★★★½ 36
$26.99
Get it as soon as **Saturday, Mar 28**
FREE Shipping on orders over $35 shipped by Amazon

BuleVina Glass Jewelry Display Case 6.7x4x8.4 inches Small Cabinet, 3-Tier Geometric Box Keepsake Trinket for…
★★★★½ 29
$32.99
Get it as soon as **Saturday, Mar 28**
FREE Shipping on orders over $35 shipped by Amazon

Baoty.lie Suitcase Telescopic Handle 20 inch Daily Usage Compact Portable Replacement,Spare…
★★★☆☆ 49
$20.19
Get it **Apr 3 - 8**
$2.99 shipping
Only 6 left in stock - order…

ELLDOO 5 Slots Clear Glass Storage Box, Gold Jewelry Makeup Display Organizer Case, Decorative Tower Box…
★★★★½ 95
$38.99
Get it as soon as **Saturday, Mar 28**
FREE Shipping by Amazon

Glass Geometric Jewelry Box Keepsake Trinket Box Case for Display Rings Earrings
★★★★½ 35
$39.99
Get it as soon as **Saturday, Mar 28**
FREE Shipping by Amazon
Only 12 left in stock - order…

OSTENT Protective Clear Crystal Hard Case Cover Skin Shell for Nintendo…
OSTENT
★★★½☆ 102
Nintendo Wii U
$11.19
Get it **Apr 8 - 17**
$4.50 shipping

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



English

United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Refurbished tech you can trust

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

| Defendant No. | 2 |
|---|---|
| Defendant Name/Alias | GTzhongyimaoyi |
| Screen Capture Time | 2025/6/25 13:41 |
| Link | https://www.amazon.com/KHGUZ-Car-Ignition-Coil-Tester/dp/B0DZHCWP4C/ ref=sr_1_19?crid=Q538AU5HX0HG&dib=eyJ2IjoiMSJ9.ebjQYiuRvhgeYzGoMExl-Fbu3fEKiQYh46_uSMMaSoDlz4p7vjL9BfCxnkWKuPPCz-V-gRNvA-VZR9UkW01Oy5gBUce8hs-Gt4cVDNDu5qdh6Q-5H_xk4xpco-0u06eBOte2qf7q5OcPHy5fdJ9Y3Tb_ags_Y8Zfy4m2Y 4wpaFBVb8nXal6ML4F-X6MUL4BC-LHqqKla9PkQQZX-Lg3A7rNiUMR_tEsQK1nIRPhO9wtRyXzbP1cBty9CZPRSIzHHQwnaggI2ymGsqP580T OC5pS40H7FQrXS0d-KzS3ri7E.91acoWCYzkY6jpWTJlUHdJAdfe8wmHUiAY06BUIGCbQ&dib_tag=se&key words=Spark+Tester+Pen&qid=1750829463&sprefix=spark+tester+pen%2Caps% 2C1612&sr=8-19 |

**22 Paged 1.25**

All | Amazon Haul | Medical Care | Saks | Gift Cards | Amazon Basics | Groceries | Prime Video | Buy Again | Today's Deals | Keep Shopping For | Best Sellers | Customer Service | New Releases | Music | Livestreams | Luxury Stores | Registry | Books | Amazon Home | Pharmacy     Prime Day is July 8-11

Automotive | Amazon Autos | Your Garage | Deals & Rebates | Best Sellers | Parts | Accessories | Tools & Equipment | Car Care | Motorcycle & Powersports | Truck | RV | Tires & Wheels | Vehicle Showroom | Amazon Business

amazon one medical   Grow longer lashes with Latisse. 24/7 visits. Fast delivery.   Learn more   Provider determines eligibility. Pricing may vary.

Automotive › Tools & Equipment › Diagnostic, Test & Measurement Tools › Ignition Testers

amazon confirmed fit   |   Make sure this fits



Click to see full view

**Ask Rufus**

Can it test all car models? | Does it require any special training?

Is it battery powered? | Ask something else

MST-101 Auto Spark Electronic Fault ... Indicator, Ignition Electromagnetic ..., Universal Vehicle Accessories

...mer. Get a $50 Amazon Gift Card upon approval for Amazon

...+White

...x 1.18 inches

| Manufacturer | KHGUZ |
| --- | --- |
| Customer Reviews | 5.0 ★★★★★ (2) 5.0 out of 5 stars |
| Best Sellers Rank | #137,694 in Automotive (See Top 100 in Automotive) #22 in Ignition Testers |

See all product information ›

## About this item

- **Durable Material:** This car ignition tester is made of plastic. Plastic materials have good impact resistance. Ignition testers made of these materials are more resistant to external shocks and vibrations, thus ensuring that they will work properly under daily use. Plastic material has a lower density and lighter mass, which makes the car ignition tester easy to carry and operate.
- **Size Information:** The dimensions of this car ignition tester are 8.27 x 4.33 x 1.18 inches, thus ensuring that it is both portable and flexible enough to maneuver in a variety of tight engine compartments. With the help of this tester, you will be able to easily understand whether there is any malfunction in your car's electronic components, it quickly provides you with clear and unambiguous feedback through precise testing and diagnosis.
- **Wide Applicability:** This automotive ignition tester is versatile and suitable for ignition coils (conventional coils, dual spark coils, single spark coils), generators, blowers, combination solenoids, exhaust gas control valves, injectors, relays, etc. The beeping sound of the MST-101 indicates that the component under test is normal and not damaged, shorted or disconnected. Conversely, no beeps

∨ Show more

⚠ Report an issue with this product or seller

**Pay-per-visit telehealth**
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now >

### Sidebar (right)

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$27⁹⁹

FREE delivery **Monday, June 30** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Tomorrow, June 26.** Order within **4 hrs 17 mins.** Join Prime

Deliver to Dave - Chicago 60639

**Only 4 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| | |
| --- | --- |
| Ships from | Amazon |
| Sold by | GTzhongyimaoyi |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

∨ See more

Add to List

## Buy it with

Total price: $42.76

Add both to Cart

One of these items ships sooner than the other. Show details

This item: KHGUZ Car Ignition Coil Tester, MST-101 Auto Spark Electronic Fault Detector with... $27⁹⁹

Lisle 20610 Inline Spark Tester, One Size, Factory $14⁷⁷

## Explore top deals in related categories   See all deals

**Autolite Platinum AP25 Automotive Replacement Spark Plugs (4 Pack)**
★★★★½ 109
-16% $13¹⁰
Limited time deal
Typical: $15.55
Get it as soon as **Monday, Jun 30**
FREE Shipping on orders over $35 shipped by Amazon
19% Claimed

**Autolite Iridium XP Automotive Replacement Spark Plugs, XP6203 (4 Pack)**
★★★★½ 952
-15% $17³⁰
Limited time deal
Typical: $20.40
Get it as soon as **Monday, Jun 30**
FREE Shipping on orders over $35 shipped by Amazon
22% Claimed

**Amazon Basics Allen Wrench/Hex Key Set, SAE & Metric Sizes, Chrome...**
★★★★½ 10,801
Amazon's Choice
-15% $8⁹¹ ($0.25/count)
Prime Early Deal
Typical price: $10.49
Get it as soon as **Monday, Jun 30**
FREE Shipping on orders over $35 shipped by Amazon

**Autolite AR3933-4PK High Performance Racing Non-Resistor Spark Plu...**
★★★★½ 101
Amazon's Choice
-18% $15⁰⁴
Limited time deal
Typical: $18.32
Get it as soon as **Monday, Jun 30**
FREE Shipping on orders over $35 shipped by Amazon

**SATA 8-Piece Tamperproof Long Arm Torx Key Set with Precision-Formed...**
★★★★½ 557
-15% $9³⁰
Limited time deal
List: $10.99
Get it as soon as **Monday, Jun 30**
FREE Shipping on orders over $35 shipped by Amazon
15% Claimed

**Jonard Tools TWAF-71620, Full Head Torque Wrench, 7/16" Drive Siz...**
★★★★½ 504
Amazon's Choice
-19% $34⁷⁰
Limited time deal
Typical: $42.98
Get it as soon as **Monday, Jun 30**
FREE Shipping on orders over $35 shipped by Amazon

## Related to items you've viewed   See more

**Generic Ignition Coil Tester - Vehicle Ignition Coil Test Tool**
★★½ 4
$14⁹⁹
Get it as soon as **Monday, Jun 30**
FREE Shipping on orders over $35 shipped by Amazon

**YGGYM Ignition Coil Tester, Car Electronic Faults Detector,...**
★★★★ 44
Save 17%
-17% $24⁹⁹
Typical: $29.99
Lowest price in 30 days
Get it as soon as **Monday, Jun 30**
FREE Shipping on orders over $35 shipped by Amazon

**Ignition Coil Tester, MST-101 Spark Plug Tester, Relay Tester for Auto Solenoid Valve Engine...**
★★★★½ 20
Amazon's Choice
$25⁸⁶
Get it as soon as **Monday, Jun 30**
FREE Shipping on orders over $35 shipped by Amazon

**KOOPOOL Spark Plug Tester, Ignition Coil Tester, Dual Hole 12V Engine Diagnostic Tool, 0~6000 RPM Adjustabl...**
★★★★½ 12
$16⁹⁹
Get it as soon as **Monday, Jun 30**
FREE Shipping on orders over $35 shipped by Amazon

**Car Spark Tester, Automotive Electronic Faults Detector, Auto Ignition Coil Tester Tool MST-101 with LED Ligh...**
★★★★½ 82
$27⁹⁹
Get it as soon as **Monday, Jun 30**
FREE Shipping on orders over $35 shipped by Amazon

**Ignition Coil Tester, Auto Spark Plug Tester, Car Spark Tester for Solenoid Valve Engine Analyzer Relay Tester Tool,...**
★★★★½ 2
$25⁷⁹
Get it as soon as **Monday, Jun 30**
FREE Shipping on orders over $35 shipped by Amazon

## Product Description

Specifications:
Material: plastic
Color: black/blue/white
Size: 8.27 x 4.33 x 1.18 inches
Weight: 100g/3.53oz
Quantity: 1
Volatge: 3V

Why you choose the product?
-Convenient non-disassembly design, automotive non-disassembly electromagnetic induction test pen adopts convenient non-disassembly design, no need to disassemble automobile parts to carry out electromagnetic induction test, which can improve the testing efficiency and convenience.
-One-button operation, the blue button on the top can realize one-button start and stop test, which is easy and fast operation.
-Strong compatibility, the test pen is suitable for testing a variety of automotive electromagnetic components, which can meet the needs of different models and testing.
-Compact and portable, the overall design of the test pen is compact and lightweight, which is convenient for users to carry and store.

## What's in the box

- Car Ignition Coil Tester

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

# 22 PageID #:26

Sponsored



KZYEE KS30 1-TAP Spark Plug Tester, Engine Ignition Coil Tester,110-120V…
4.4 ★★★★☆ 28
$39.99

AUTOOL Car Battery Tester 12V 24V Automotive Battery Load Tester with…
3.8 ★★★★☆ 16
$72.99 List: $103.99

OBD2 Scanner Bluetooth SinoTrack Auto Diagnostic Scan Tool Car Fault Check…
3.9 ★★★★☆ 518
$16.99

FNIRSI LCR Tweezer, M
4.5 ★★★★☆
$39.99

## Customer reviews

★★★★★ 5 out of 5

2 global ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

### Top reviews from the United States

○ Amber Williamson

★★★★★ **Works good**

Reviewed in the United States on June 14, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

This ignition coil tester saved me so much time and guesswork! I used it to troubleshoot a misfire issue, and it quickly helped me pinpoint a weak coil. The LED light makes it super easy to see the spark status, even in low light. It's lightweight, easy to use, and works on multiple types of vehicles. Definitely a handy tool to have in the garage — especially if you like doing your own diagnostics before heading to the shop. Solid, affordable, and does exactly what it's supposed to!

[ Helpful ]    |    Report

○ Jake

★★★★★ **Handy little tester**

Reviewed in the United States on June 16, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

So this tool is very similar to the outlet testers you can get for your home outlets that detect power and faults. This one just works with your ignition coils. Very quick and handy way to test for basic electrical function at your coils. It feels well made also

[ Helpful ]    |    Report

See more reviews ›



**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

English ⇅    🇺🇸 United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Live
Stream. Shop. Live

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Luna
Video games from the cloud, no console required

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ☑️

© 1996-2025, Amazon.com, Inc. or its affiliates

**amazon**

## Secure checkout ⌄

Congratulations Robert, you are eligible for 30 days of Prime for $0!

Try Prime free

**Place your order**

By placing your order, you agree to Amazon's **privacy notice** and **conditions of use**.

| | |
|---|---|
| Items: | $27.99 |
| Shipping & handling: | $6.99 |
| Estimated tax to be collected: | $2.10 |
| **Order total:** | **$37.08** |

---

### Delivering to Robert Epperson                    Change

333 S STATE ST STE 200, CHICAGO, IL 60604-3946, United States

Add delivery instructions

Pickup available nearby ⌄

---

### Paying with Visa 7115                    Change

Use a gift card, voucher, or promo code

---

**Try Prime Free**



Robert, we're giving you Prime free for 30 days.

Get your Prime eligible items **Thursday, June 26** for FREE

Try Prime and get Two-Day Delivery

Cancel anytime.

### Arriving Jun 30, 2025

If you order in the next 21 hours and 59 minutes

○ **Thursday, Jun 26**

Fast, FREE Delivery

**FREE Two-Day Delivery with your free trial of Prime**

● **Monday, Jun 30**
$6.99 - Delivery

○ **Tomorrow, Jun 26**
$10.04 - Two Day Delivery



KHGUZ Car Ignition Coil Tester, MST-101 Auto Spark Electronic Fault Detector with LED Light Indicator, Ignition Electromagnetic Induction Test Pen Tool, Universal Vehicle Accessories
**$27.99**
Ships from Amazon.com
Sold by GTzhongyimaoyi



Add gift options

Place your order

## Order total: $37.08
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart





## About Seller

GTzhongyimaoyi is committed to providing each customer with the highest standard of customer service.

**Have a question for GTzhongyimaoyi?**

Ask a question

## Reviews

★★★★★ 4.9 out of 5

345 ratings

| | | |
|---|---|---|
| 5 star | | 88% |
| 4 star | | 12% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

345 total ratings, 345 with feedback for 12 months ⓘ

★★★★★ ¨Good seller¨
By rudy joe on March 23, 2026.

★★★★★ ¨My wife loves these for our cars¨
By Robert f. on March 22, 2026.

★★★☆☆ ~~The items sent do not fit a 2005 GMC Sierra 1500. They are too small. Request a return label and refund please.~~
By Steve H. on March 21, 2026.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ ¨fast service¨
By emh on March 19, 2026.

★★★★★ ¨Lovely coloring book. I bought two. The international shipping had a few bumps but, that was Amazon, not the seller.¨
By Calliope on March 18, 2026.

Previous Next

## GTzhongyimaoyi

Visit the GTzhongyimaoyi storefront

★★★★★ | **100% positive** in the last 12 months (345 ratings)

**Business Name:** xiamenguoshengzhongyimaoyiyouxiangongsi

**Business Address:**
集美区古流街道前场村
市尾53号
厦门市
福建
361000
CN

**KHGUZ Car Cabin Air Filter, Activ...**
$7⁹⁸

Add to cart

| Shipping Policies | ⌄ |
|---|---|
| Other Policies | ⌄ |
| Help | ⌄ |

## Products

See all products currently offered by the seller.

Leave seller feedback

**Customers who viewed items in your browsing history also viewed**









**KHGUZ Car Ignition Coil Tester, MST-101 Auto Spark Electronic Fault Detector with LED Light Indicator, Ignition…**
★★★★⯨ 36
$26.99
Get it as soon as **Saturday, Mar 28**
FREE Shipping on orders over $35 shipped by Amazon

**BuleVina Glass Jewelry Display Case 6.7x4x8.4 inches Small Cabinet, 3-Tier Geometric Box Keepsake Trinket for…**
★★★★⯨ 29
$32.99
Get it as soon as **Saturday, Mar 28**
FREE Shipping on orders over $35 shipped by Amazon

**BaotyJie Suitcase Telescopic Handle 20 inch Daily Usage Compact Portable Replacement,Spare…**
★★★☆☆ 49
$20.19
Get it Apr 3 - 8
$2.99 shipping
Only 6 left in stock - order…

**ELLDOO 5 Slots Clear Glass Storage Box, Gold Jewelry Makeup Display Organizer Case, Decorative Tower Box…**
★★★★⯨ 95
$38.99
Get it as soon as **Saturday, Mar 28**
FREE Shipping by Amazon

**Glass Geometric Jewelry Box Keepsake Trinket Box Case for Display Rings Earrings**
★★★★⯨ 35
$39.99
Get it as soon as **Saturday, Mar 28**
FREE Shipping by Amazon
Only 12 left in stock - order…

**OSTENT Protective Clear Crystal Hard Case Cover Skin Shell for Nintendo…**
OSTENT
★★★⯨☆ 102
Nintendo Wii U
$11.19
Get it Apr 8 - 17
$4.50 shipping

## See personalized recommendations

[ Sign in ]

New customer? Start here.

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

[ 🌐 English ▾ ]   [ 🇺🇸 United States ]

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Veeqo**
Shipping Software Inventory Management

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Resale**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Refurbished tech you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑️
© 1996-2026, Amazon.com, Inc. or its affiliates

| Defendant No. | 3 |
|---|---|
| Defendant Name/Alias | GuangZhouYunWeiKeJiYouXianGongSi |
| Screen Capture Time | 2025/6/25 13:45 |
| Link | https://www.amazon.com/Rooyar-MST-101-Automotive-Automobile-Detector/dp/B0D9KCQNN1/ref=sr_1_8?crid=MY120S0MLB6A&dib=eyJ2IjoiMSJ9.kMoGhAJAVcBbxVWU-Z-gZ7WFuefUfR70JYNDoSQSCWvfu-V3qTm0vNXN055oeaP2iWL5AZmDnxWE9tg1oqrKYIwlTA8rCygecBCYdLAh8wZ8NTBOxgQ0HXjmNT-4aB2T9m5ndBgXiP1VEMT5hCyiQZ4pgNAu5bvoEiek24yEZehzIHnjaDeQjVmPWvU-II8Xxl0HfKrxgVYOiqJkmHO4MA.3mOX-W8ay9oq_3ddNYPp0q_vs3kgoxcHOMjN_PK36a4&dib_tag=se&keywords=mst-101&qid=1750831745&sprefix=mst-101%2Caps%2C864&sr=8-8 |

amazon | Deliver to Dave Chicago 60639 | mst-101 | EN | Hello, Robert Account & Lists | Returns & Orders | Cart

amazon one medical **Get prescription skincare with fast, free delivery** Provider determination eligibility. Pricing may vary. Learn more

Automotive › Tools & Equipment › Diagnostic, Test & Measurement Tools › Code Readers & Scan Tools



## MST-101 Automotive Coil Test Pen Tester Automobile Fault Detector Coil Tester

Brand: Rooyar
2.0 ★★☆☆☆ (1) | Search this page

$23.49

**Up to 8% off** if you qualify  Shop items ›

Thank you for being an Amazon customer. Get a $50 Amazon Gift Card upon approval for Amazon Visa.

| | |
|---|---|
| Brand | Rooyar |
| Power Source | Battery Powered |
| Color | Multicolor |
| Lower Temperature Rating | 2E+1 Degrees Celsius |
| Min. Operating Voltage | 7 Volts |
| Customer Reviews | 2.0 ★★☆☆☆ (1) 2.0 out of 5 stars |
| Best Sellers Rank | #2,423,543 in Automotive (See Top 100 in Automotive) #4,552 in Code Readers & Scan Tools |

See all product information ›

### About this item
- Different wires can be tested on top of the detector with different sensitivities on both sides. Secure the probe to the coil for accurate test results.
- Automotive oil tester test Coils (conventional coils, double coils, coils), generators, internal fan combination valves (heating, water cooling) emission control valves, injectors, plugs, sensors, relays.
- The device uses advanced no need to for touch the circuit, the can collect and analyze the diagnosis results can be displayed by LED lights and buzzer. It is easy to check if the car's electronic components are faulty.
- Automotive Oil Tester Description: Place the probe on the electronic component for testing. If it works normally, there will corresponding voice and LED flashing to show
- There is a on the probe. for normal testing and for strong magnetic field testing. Powered by 2 x battery (not included).

⚐ Report an issue with this product or seller

### Similar item with fast delivery
Ignition Coil Tester, MST-101 Automotive Electronic Faults Detector,Car Spark Tester and Voltage Tester Pen with LED Display & Two Batteries
★★★★☆ (279)
$26.99 √prime

one medical **Pay-per-visit telehealth** Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now ›

---

$23.49
FREE delivery July 7 - 15. Details
Deliver to Dave - Chicago 60639

**In Stock**
Quantity: 1
Add to Cart
Buy Now

Ships from GuangZhouYunWeiKeJiYouXianGongSi
Sold by GuangZhouYunWeiKeJiYouXianGongSi
Returns 30-day refund/replacement
Payment Secure transaction
∨ See more

Add to List

**Other sellers on Amazon**
New (2) from $23.49 & FREE Shipping ›

---

## Buy it with

 +

Total price: $38.26
Add both to Cart

ⓘ These items are shipped from and sold by different sellers. Show details

**This item:** Rooyar MST-101 Automotive Coil Test Pen Tester Automobile Fault Detector Coil...
$23.49

Lisle 20610 Inline Spark Tester, One Size, Factory
$14.77

---

## Based on your recent shopping trends

| YGGYM Ignition Coil Tester, Car Electronic Faults Detector,... | SINGARO Inline Spark Plug Tester, Plug-in Engine Ignition Tester, Car Exterior Accessories... | Car Spark Tester, Automotive Electronic Faults Detector, Auto Ignition Coil Tester Tool... | ANCEL SP02 Spark Plug Tester Automotive Engine Ignition Coil Tester Dual Holes 0 to 6000RPM Adjustable Working... | Waekon 76500 Ignition Coil Tester | Generic Ignition Coil Tester - Vehicle Ignition Coil Test Tool |
|---|---|---|---|---|---|
| ★★★★☆ 44 | ★★★★☆ 1,020 | ★★★★☆ 82 | ★★★★☆ 260 | ★★★★☆ 49 | ★★★★☆ 4 |
| Save 17% -17% $24.99 Typical: $29.99 Lowest price in 30 days | #1 Best Seller in Ignition Testers $6.99 | Amazon's Choice $27.99 | -35% $25.99 List: $39.99 | $25.85 FREE Shipping Only 13 left in stock - order... | $14.99 |
| Get it as soon as Monday, Jun 30 FREE Shipping on orders over $35 shipped by Amazon | Get it as soon as Monday, Jun 30 FREE Shipping on orders over $35 shipped by Amazon | Get it as soon as Monday, Jun 30 FREE Shipping on orders over $35 shipped by Amazon | Get it as soon as Monday, Jun 30 FREE Shipping on orders over $35 shipped by Amazon | | Get it as soon as Monday, Jun 30 FREE Shipping on orders over $35 shipped by Amazon |

---

## Brand in this category on Amazon

**AUTOLINE PRO** Automotive Smoke Machine for Car Leak Detectors
Shop AutoLine Pro ›

AutoLine Pro EVAP High Volume Smoke Machine... ★★★★☆ 5,126 √prime
AutoLine Pro EVAP High Volume Smoke Machine... ★★★★☆ 640 √prime
AutoLine Pro Automotive "High Smoke Density" S... ★★★★☆ 1,105 √prime

Sponsored ⓘ

---

## Product details
Item model number : MST-101
Date First Available : July 16, 2024
Manufacturer : Rooyar
ASIN : B0D9KCQNN1
Best Sellers Rank: #2,423,543 in Automotive (See Top 100 in Automotive)
#4,552 in Code Readers & Scan Tools
Customer Reviews:
2.0 ★★☆☆☆ (1)

---

## Product Description
MST-101 Automotive Coil Test Pen Tester Automobile Fault Detector Coil TesterFeaturesand The device uses advanced no need to for touch the circuit, the can collect and analyze the diagnosis results can be displayed by LED lights and buzzer. It is easy to check if the car's electronic components are faulty.Automotive oil tester test Coils (conventional coils, double coils, coils), generators, internal fan combination valves (heating, water cooling) emission control valves, injectors, plugs, sensors, relays.Automotive Oil Tester Description: Place the probe on the electronic component for testing. If it works normally, there will corresponding voice and LED flashing to show Different wires can be tested on top of the detector with different sensitivities on both sides. Secure the probe to the coil for accurate test results.There is a on the probe. for normal testing and for strong magnetic field testing. Powered by 2 x battery (not included).Specifications:ABSSize: Approx.15x2cm/5.90x0.79inPower supply 7 (V)Working temperature: 20-50 (C)Package Includes:1x Fault Test PenNote:1.Please allow 1-2cm errors due to manual measurement, make sure that you do not mind before you order. 2.Due to the difference between different monitors, the picture may not reflect the actual color of the item.

---

## Related to items you've viewed  See more

| Car Spark Tester, Automotive Electronic Faults Detector, Auto Ignition Coil Tester Tool MST-101 with LED Ligh... | Camrusic Auto Ignition Coil Tester Tool MST-101 Spark Tester Pen Automotive Electronic Faults Detector | Waekon 76500 Ignition Coil Tester | YGGYM Ignition Coil Tester, Car Electronic Faults Detector,... | SINGARO Inline Spark Plug Tester, Plug-in Engine Ignition Tester, Car Exterior Accessories... | Ignition Coil Tester, MST-101 Spark Plug Tester, Relay Tester for Auto Solenoid Valve Engine... |
|---|---|---|---|---|---|
| ★★★★☆ 82 | ★★★★☆ 169 | ★★★★☆ 49 | ★★★★☆ 44 | ★★★★☆ 1,020 | ★★★★☆ 20 |
| $27.99 | $25.69 | $25.85 FREE Shipping Only 13 left in stock – order... | Save 17% -17% $24.99 Typical: $29.99 Lowest price in 30 days | #1 Best Seller in Ignition Testers $6.99 | Amazon's Choice $25.85 |
| Get it as soon as Monday, Jun 30 FREE Shipping on orders over $35 shipped by Amazon | Get it as soon as Monday, Jun 30 FREE Shipping on orders over $35 shipped by Amazon | | Get it as soon as Monday, Jun 30 FREE Shipping on orders over $35 shipped by Amazon | Get it as soon as Monday, Jun 30 FREE Shipping on orders over $35 shipped by Amazon | Get it as soon as Monday, Jun 30 FREE Shipping on orders over $35 shipped by Amazon |

---

## Videos
Help others learn more about this product by uploading a video!
Upload your video

---

## Similar brands on Amazon
Sponsored ⓘ

KZYEE KS30 1-TAP Spark Plug Tester, Engine Ignition Coil Tester,110-120V...
★★★★☆ 28
$39.99

MECMO 360° Rotatable Vehicle Side Trailer Socket Tester, 7 Way Blade & 4...
★★★★☆ 128
$18.99

Orion Motor Tech Cylinder Leak Down Tester Kit, Automotive Engine...
★★★★☆ 84
$33.99

FNIRSI LCR Tweezer, R...
★★★★☆ 5
$39.99

---

## Customer reviews
★★☆☆☆ 2 out of 5
1 global rating

| 5 star | | 0% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 100% |
| 1 star | | 0% |

How customer reviews and ratings work ∨

### Top reviews from the United States
Ashley rodolfo
★★☆☆☆ **Missing items**
Reviewed in the United States on October 30, 2024
Verified Purchase
Item was all taped up like someone opened it. Also the batteries were missing.
Helpful | Report

See more reviews ›

smile   C   Deliver to Dave  Chicago 60639   All      EN   Hello, Robert Account & Lists   Returns & Orders   Cart

Write a customer review

---

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

English   |   United States

| | | | | | |
|---|---|---|---|---|---|
| **Amazon Music**<br>Stream millions<br>of songs | **Amazon Ads**<br>Reach customers<br>wherever they<br>spend their time | **6pm**<br>Score deals<br>on fashion brands | **AbeBooks**<br>Books, art<br>& collectibles | **ACX**<br>Audiobook<br>Publishing<br>Made Easy | **Sell on Amazon**<br>Start a Selling<br>Account | **Veeqo**<br>Shipping Software<br>Inventory<br>Management |
| **Amazon Business**<br>Everything For<br>Your Business | **Amazon Fresh**<br>Groceries & More<br>Right To Your Door | **AmazonGlobal**<br>Ship Orders<br>Internationally | **Home Services**<br>Experienced Pros<br>Happiness<br>Guarantee | **Amazon Web<br>Services**<br>Scalable Cloud<br>Computing<br>Services | **Audible**<br>Listen to Books &<br>Original<br>Audio<br>Performances | **Box Office Mojo**<br>Find Movie<br>Box Office Data |
| **Goodreads**<br>Book reviews<br>&<br>recommendations | **IMDb**<br>Movies, TV<br>& Celebrities | **IMDbPro**<br>Get Info<br>Entertainment<br>Professionals Need | **Kindle Direct<br>Publishing**<br>Indie Digital &<br>Print Publishing<br>Made Easy | **Amazon Photos**<br>Unlimited Photo<br>Storage<br>Free With Prime | **Prime Video Direct**<br>Video Distribution<br>Made Easy | **Shopbop**<br>Designer<br>Fashion Brands |
| **Amazon Resale**<br>Great Deals on<br>Quality Used<br>Products | **Whole Foods<br>Market**<br>America's<br>Healthiest<br>Grocery Store | **Woot!**<br>Deals and<br>Shenanigans | **Zappos**<br>Shoes &<br>Clothing | **Ring**<br>Smart Home<br>Security Systems | **eero WiFi**<br>Stream 4K Video<br>in Every Room | **Blink**<br>Smart Security<br>for Every Home |
| | **Neighbors App**<br>Real-Time Crime<br>& Safety Alerts | **Amazon Live**<br>Stream. Shop. Live | **PillPack**<br>Pharmacy<br>Simplified | **Amazon Renewed**<br>Like-new products<br>you can trust | **Amazon Luna**<br>Video games from<br>the cloud,<br>no console<br>required | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices  
© 1996-2025, Amazon.com, Inc. or its affiliates

Case: 1:26-cv-03268 Document #: 1-4 Filed: 03/25/26 Page 19 of 22 PageID #:

**amazon**

Secure checkout ∨

Congratulations Robert, you are eligible for 30 days of Prime for $0!

Try Prime free

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $23.49 |
| Shipping & handling: | $0.00 |
| Promotion Applied: | -$1.17 |
| Estimated tax to be collected:* | $1.34 |
| **Order total:** | **$23.66** |

**Delivering to Robert Epperson**                                   Change

333 S STATE ST STE 200, CHICAGO, IL 60604-3946, United States

Add delivery instructions

**Paying with Visa 7115**                                   Change

Use a gift card, voucher, or promo code



**Try Prime Free**

Robert, we're giving you Prime free for 30 days.

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime free for 30 days

Cancel anytime.

**Arriving Jul 7, 2025 - Jul 15, 2025**

⦿ **Monday, Jul 7 - Tuesday, Jul 15**
FREE Delivery



Rooyar MST-101 Automotive Coil Test Pen Tester Automobile Fault Detector Coil Tester
**$22.32**
$1.17 discount applied ∨
Ships from GuangZhouYunWeiKeJiYouXianGongSi
Sold by GuangZhouYunWeiKeJiYouXianGongSi

🗑 1 +

Gift options not available



**Place your order**

**Order total: $23.66**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart



Back to top

amazon

🌐 English ⇕     🇺🇸 United States     Help

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices ✅❌

© 1996-2025, Amazon.com, Inc. or its affiliates

☰ All   Early Spring Deals   Amazon Haul   Medical Care ▾   Amazon Basics   Best Sellers   Books   Gift Cards ▾   Prime ▾   Groceries   Sell   New Releases   Registry   Smart Home   Music   Fashion   Amazon Home   Automotive   Toys & Games   Sports & Outdoors   Baby   Home Improvement   Shop By Interest   Pharmacy   Kindle Books   Beauty & Personal Care

## About Seller

GuangZhouYunWeiKeJiYouXianGongSi is committed to providing each customer with the highest standard of customer service.

**Have a question for GuangZhouYunWeiKeJiYouXianGongSi?**

[ Ask a question ]

## Reviews

★★★★☆ 3.8 out of 5            [ 12 months ▾ ]
34 ratings

| | |
|---|---|
| 5 star | 56% |
| 4 star | 18% |
| 3 star | 0% |
| 2 star | 3% |
| 1 star | 24% |

Learn more about how seller reviews work on Amazon ▾

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ▾ ]

34 total ratings, 34 with feedback for 12 months ⓘ

★★★★☆  "Item arrived late. It took a month to get here."
By shawn johnson on March 18, 2026.

★☆☆☆☆  "~~Please call shipper they cant deliver at 1am~~"
By Kent Mickel on March 9, 2026.

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

★☆☆☆☆  "There was only one socket in package. Where are the rest of the sockets? This is the second time I have left message for this problem and have not received an a..."
Read more
By MICHAEL K. on February 28, 2026.

★☆☆☆☆  "The product is cheaply made. Although it met the description of the seller it did not meet reasonable quality standards."
By Adrasteia on February 25, 2026.

★★★★★  "Perfect"
By Jordan_Hal on February 17, 2026.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

### GuangZhouYunWeiKeJiYouXianGongSi

Visit the GuangZhouYunWeiKeJiYouXianGongSi storefront

★★★★☆ | **74% positive** in the last 12 months (34 ratings)

**Men Colorful Striped Kaftan Rob...**
$18⁹⁹

[ Add to cart ]

🛡 Protected by A-to-z Guarantee ⓘ

## Detailed Seller Information

**Business Name:** GuangZhouYunWeiKeJiYouXianGongSi
**Business Address:**
  松柏东街13号鸿丰商贸城A座4 5层
  白编A800室
  白云区
  广州市
  510405
  CN

Shipping Policies ▾

Other Policies ▾

Help ▾

## Products

See all products currently offered by the seller.

Leave seller feedback

**Customers who viewed items in your browsing history also viewed**









**KHGUZ Car Ignition Coil Tester, MST-101 Auto Spark Electronic Fault Detector with LED Light Indicator, Ignition…**
★★★★☆ 36
$26.99
Get it as soon as **Saturday, Mar 28**
FREE Shipping on orders over $35 shipped by Amazon

**BuleVina Glass Jewelry Display Case 6.7x4x8.4 inches Small Cabinet, 3-Tier Geometric Box Keepsake Trinket for…**
★★★★☆ 29
$32.99
Get it as soon as **Saturday, Mar 28**
FREE Shipping on orders over $35 shipped by Amazon

**Baoty.Jie Suitcase Telescopic Handle 20 inch Daily Usage Compact Portable Replacement,Spare…**
★★★☆☆ 49
$20.19
Get it Apr 3 - 8
$2.99 shipping
Only 6 left in stock - order…

**ELLDOO 5 Slots Clear Glass Storage Box, Gold Jewelry Makeup Display Organizer Case, Decorative Tower Box…**
★★★★☆ 95
$38.99
Get it as soon as **Saturday, Mar 28**
FREE Shipping by Amazon

**Glass Geometric Jewelry Box Keepsake Trinket Box Case for Display Rings Earrings**
★★★★☆ 35
$39.99
Get it as soon as **Saturday, Mar 28**
FREE Shipping by Amazon
Only 12 left in stock - order…

**OSTENT Protective Clear Crystal Hard Case Cover Skin Shell for Nintendo…**
OSTENT
★★★☆☆ 102
$11.19
Nintendo Wii U
Get it Apr 8 - 17
$4.50 shipping

## See personalized recommendations

**Sign in**

New customer? Start here.

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English | United States

| | | | | | |
|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Refurbished tech you can trust | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates